UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Leonardo Delgado,<br><br>    Defendant. | 03:22-cr-30-ART-CLB<br><br>**ORDER GRANTING**<br><br>Stipulation to Extend Sentencing Hearing |

  IT IS HEREBY STIPULATED AND AGREED, by and between LEAH WIGREN, counsel for LEONARDO DELGADO, and Jason Frierson, United States Attorney and Andrew Keenan, Assistant United States Attorney, counsel for the UNITED STATES, that the Sentencing Hearing in this case set for March 25, 2024, be vacated and moved to April 10, 2024, at 1 p.m.

  This Stipulation is entered into for the following reasons:

  1. Counsel for Mr. Delgado requests the continuance to ensure adequate time to prepare for the sentencing hearing, including researching sentencing issues related to the case.

  2. Federal Rule of Criminal Procedure 32(b)(2), addressing sentencing and judgment, allows the Court to change the time limits set forth in the rule for good cause.

3. Mr. Delgado is out of custody and agrees to the continuance sought here.

4. This is the first request to continue the sentencing hearing in this case and it is made in good faith and not for the purpose of unreasonable delay.

Dated this 5th day of March, 2024

| | |
|---|---|
| Leah R. Wigren /s/ | Jason Frierson |
| LEAH WIGREN | United States Attorney |
| Counsel for Leo Delgado | |
| | Andrew Keenan /s/ |
| | ANDREW KEENAN |
| | Assistant United States Attorney |
| | Counsel for the United States |

Based on counsels' stipulations, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing in this case currently set for March 25, 2024, at 1 p.m. is vacated. The Sentencing Hearing is now set for April 10, 2024, at 1 p.m.

_____
Anne R. Traum
United States District Judge

DATED: March 6, 2024

2